# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 MAY -5 A 10: 16

CLERK OF COURT

(Full name of plaintiff(s))

Israel Webb

v.

(Full name of defendant(s))

State of WI Milwaukee
Police department

25-C-0648

Case Number:

2022CF006006 4497

(to be supplied by Clerk of Court)

A.   PARTIES

1.   Plaintiff is a citizen of __Wisconsin__ and resides at
     (State)

     __5550 N, 42nd St.__
     (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant __MPD/State of WI__
     (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___

(State, if known)

and (if a person) resides at ___N/A Darius wade___

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Milwaukee police department___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On November 14th 2022 I was unarmed and non threatins while under emotional Stress was shoot by a police officer who was alone unprepared and unprofessional. The neighbors called in and told dispatch bad information which led to a police officer to arrive conserned when he should have be better informed or acompanied to the the nature of the complaint.

Complaint – 2

The Police officer stumbled due to poor training and practicing of protocols when his body camera fell off and he failed to make any mention of malfunctioning equipment but insured that he would indeeded fire. I was upset and emotional yet I still complied he failed to ~~stop in~~ simply cuff my hand seeing how one was already cuffed. he showed willful ignorance and a deilberate indiffrance when I ask a questions and tried to surrender and comply he choose to shoot me when back up got there while my hands was up and one hand already cuffed.

I was in my home suffering and trying to do right and comply. I'm physically emotionally, and mentally scared and will need much help to become stable. ~.

I sat in jail 10 months before the charges were dropped after the officer said he forgot what happened

Complaint – 3

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like 13.5 million in damages, stress, trama and pain and suffering, and a promise that cops will be better trained and able to talk before pointing a gun. Order a pizza before calling Swat State neutralizing target when threatend with allies.

Complaint – 4

Case 2:25-cv-00648-SCD     Filed 05/05/25     Page 4 of 5     Document 1

E.     JURY DEMAND

I want a jury to hear my case.

☑ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___fith___ day of ___may___ 20_25_.

Respectfully Submitted,

___Israel Webb___
Signature of Plaintiff

___414 - 870 - 6728___
Plaintiff's Telephone Number

___israelwebb6@gmail.com___
Plaintiff's Email Address

___5550 N. 42nd St.___

___Milwaukee WI 53206___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑     I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐     I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5